PRISONER CASE

R

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. ALONJE WALTON, SR.

**Defendant(s):** DANIEL AUSTIN

**County of Residence:** PERRY

**County of Residence:**

**Plaintiff's Address:**
Alonje Walton, Sr.
K-82099
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL 62274

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL  60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**07CV6954**
**JUDGE MANNING**
**MAG. JUDGE DENLOW**

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

DEC 11 2007

FILED
DEC 11 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham   **Date:** 12/10/2007

Manning   06 C 422
Denlow