(A)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

P.S. This WAS my LAST Activity before I WAS trans- Fered To Another Joint.

ALONJC' Walton Sr.

Plaintiff,

vs.

[redacted] DANiel AUSTIN [redacted]

Defendant(s)

07CV6954
JUDGE MANNING
MAG. JUDGE DENLOW

FILED

DEC 1 1 2007 aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS

I, ALONJC' Walton Sr., plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of proverty.

3. I am (check one) Single ____ Married ____ Separated ____ Divorced X

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (X)

B. If so, by whom, what is your position, and what is your pay?

N/A

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?

1996

D. Have you received money from any other source, including judgments, in the last 6 months? Yes ( ) No (X) If yes, describe each source and state how much you received.

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? $10.75

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

6/11/07 Legal Postage $2.84, 6/11/07 Legal Postage $5.68, 6/27/07 Library Copies $13.10, 6/15/07 Library 10¢, 6/11/2007 Library $7.50, 6/21/07 Library .35¢, 5/22/07 Library .10¢, 5/31/07 Library .45 6/15/07 Library 1.60, 7/11/07 Postage 2.50, 7/11/07 Postage $7.30 6/28/07 Legal Postage 11.96, 9/11/07 Legal Postage $4.90, 9/25/07 Legal Postage 5.77, 9/25/07 Legal Postage 4.80, 9.40, 7.80, 10/03/07-10/10/2007 Postage/Legal Postage $5.38, 4.80

G. How much money do you have in private checking or savings accounts?

N/A

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No (✓)

If yes, describe the property and its approximate value:

I. Do you have any debts or obligations? Yes ( ) No ( ) received letter from -- IL. Dept. of Healthcare and Family Services Division of Child Support Enforcement

If yes, list the amount owed, to whom, and any current payments that you are making.

?

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

Ashlee Walton-Daughter, Alonzo Walton Jr.-Son, Antonio Walton-Son, Quantay Walton-Son, Brittany Henderson-Daughter $200.00 monthly. 1996 -- Social Security and Disability payment

K. Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributiions to them.

$200.00 monthly.

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

Alonzo Walton Jr.
SIGNATURE

October 28, 2007
DATE

CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ 8.87 in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securites to his credit according to the records of this institution:

P. Vincent
(Authorized Officer)

WESTERN IL CORRECTIONAL CENTER
(Institution)

CORRECTIONAL COUNSELOR II
(Title)

DATE 10/25/07

IMPORTANT:

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

Date : 10/25/2007
Time : 09:39:32
CHAMP

**Western Illinois Correctional Center**
**Trust Fund**
Inmate Transaction Statement
12/25/2006 to 10/25/2007



**Inmate: K82099 Walton, Alonje** **Housing Unit: WIL-S -01-14**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | **Beginning Balance:** | **619.83** |
| 12/27/06 | Point of Sale | 60 Commissary | 361751 | 517303 | Commissary | -130.60 | 489.23 |
| 01/10/07 | Point of Sale | 60 Commissary | 010704 | 518858 | Commissary | -96.21 | 393.02 |
| 01/10/07 | Disbursements | 88 Partial Fee 06-C-3021 | 010333 | Chk #80314 | 9767, Clerk U.S. District Cour, Inv. Date: 01/10/2007 | -23.66 | 369.36 |
| 01/12/07 | Payroll | 20 Payroll Adjustment | 012133 | | P/R month of 12/2006 | 10.00 | 379.36 |
| 01/18/07 | Disbursements | 84 Library | 018333 | Chk #80353 | 9709, DOC: 523 Fund Library, Inv. Date: 01/04/2007 | -.35 | 379.01 |
| 01/18/07 | Disbursements | 84 Library | 018333 | Chk #80353 | 9709, DOC: 523 Fund Library, Inv. Date: 01/04/2007 | -130.85 | 248.16 |
| 01/18/07 | Disbursements | 81 Legal Postage | 018333 | Chk #80361 | 9731, CMRS-PBP Acct. #362423, Inv. Date: 01/08/2007 | -29.40 | 218.76 |
| 01/18/07 | Disbursements | 81 Legal Postage | 018333 | Chk #80361 | 9715, CMRS-PBP Acct. #362423, Inv. Date: 01/04/2007 | -12.60 | 206.16 |
| 01/18/07 | Disbursements | 80 Postage | 018333 | Chk #80361 | 9782, CMRS-PBP Acct. #362423, Inv. Date: 01/11/2007 | -12.60 | 193.56 |
| 01/18/07 | Disbursements | 80 Postage | 018333 | Chk #80361 | 9757, CMRS-PBP Acct. #362423, Inv. Date: 01/09/2007 | -16.90 | 176.66 |
| 01/18/07 | Disbursements | 80 Postage | 018333 | Chk #80362 | 9561, DOC: 523 Fund Inmate Rei, Inv. Date: 12/20/2006 | -1.35 | 175.31 |
| 01/18/07 | Disbursements | 81 Legal Postage | 018333 | Chk #80362 | 9767, DOC: 523 Fund Inmate Rei, Inv. Date: 01/10/2007 | -4.25 | 171.06 |
| 01/22/07 | Disbursements | 88 Order | 022333 | Chk #80418 | 9868, COLUMBIA HUMAN RIGHTS LA, Inv. Date: 01/22/2007 | -43.00 | 128.06 |
| 01/23/07 | Point of Sale | 60 Commissary | 023751 | 520674 | Commissary | -51.18 | 76.88 |
| 01/31/07 | Point of Sale | 60 Commissary | 031751 | 521524 | Commissary | -37.78 | 39.10 |
| 02/06/07 | Point of Sale | 60 Commissary | 037751 | 522692 | Commissary | -12.69 | 26.41 |
| 02/09/07 | Payroll | 20 Payroll Adjustment | 040133 | | P/R month of 01/2007 | 10.00 | 36.41 |
| 02/16/07 | Point of Sale | 60 Commissary | 047751 | 523986 | Commissary | -14.87 | 21.54 |
| 03/01/07 | Mail Room | 10 Western Union | 060200 | 1935604666 | WALTON, EARLENE | 288.00 | 309.54 |
| 03/01/07 | Point of Sale | 60 Commissary | 060704 | 525352 | Commissary | -12.48 | 297.06 |
| 03/05/07 | Point of Sale | 60 Commissary | 064704 | 526121 | Commissary | -46.85 | 250.21 |
| 03/08/07 | Disbursements | 81 Legal Postage | 067333 | Chk #80899 | 10112, CMRS-PBP Acct. #36242, Inv. Date: 02/08/2007 | -.87 | 249.34 |
| 03/08/07 | Disbursements | 81 Legal Postage | 067333 | Chk #80899 | 10022, CMRS-PBP Acct. #36242, Inv. Date: 02/01/2007 | -1.50 | 247.84 |
| 03/08/07 | Disbursements | 81 Legal Postage | 067333 | Chk #80899 | 10285, CMRS-PBP Acct. #36242, Inv. Date: 02/28/2007 | -.63 | 247.21 |
| 03/08/07 | Disbursements | 80 Postage | 067333 | Chk #80899 | 10372, CMRS-PBP Acct. #36242, Inv. Date: 03/07/2007 | -4.20 | 243.01 |
| 03/09/07 | Payroll | 20 Payroll Adjustment | 068133 | | P/R month of 02/2007 | 9.52 | 252.53 |
| 03/12/07 | Disbursements | 88 Gift | 071333 | Chk #80949 | 10442, FREEMAN, CAROLYN, Inv. Date: 03/12/2007 | -100.00 | 152.53 |
| 03/12/07 | Disbursements | 88 Subscription | 071333 | Chk #80950 | 10443, Prison Legal News, Inv. Date: 03/12/2007 | -54.00 | 98.53 |
| 03/19/07 | Disbursements | 84 Library | 078333 | Chk #81042 | 9845, DOC: 523 Fund Library, Inv. Date: 01/25/2007 | -.75 | 97.78 |
| 03/19/07 | Disbursements | 84 Library | 078333 | Chk #81042 | 10108, DOC: 523 Fund Library, Inv. Date: 02/08/2007 | -.15 | 97.63 |
| 03/19/07 | Disbursements | 84 Library | 078333 | Chk #81042 | 10074, DOC: 523 Fund Library, Inv. Date: 02/06/2007 | -1.00 | 96.63 |
| 03/19/07 | Disbursements | 84 Library | 078333 | Chk #81042 | 10516, DOC: 523 Fund Library, Inv. Date: 03/19/2007 | -.30 | 96.33 |
| 03/19/07 | Point of Sale | 60 Commissary | 078751 | 528043 | Commissary | -64.50 | 31.83 |
| 03/28/07 | Point of Sale | 60 Commissary | 087751 | 529218 | Commissary | -23.52 | 8.31 |
| 04/02/07 | Disbursements | 81 Legal Postage | 092333 | Chk #81190 | 10466, CMRS-PBP Acct. #36242, Inv. Date: 03/13/2007 | -1.11 | 7.20 |
| 04/12/07 | Mail Room | 10 Western Union | 102200 | 9485546411 | BRANCH, EARLENE | 488.05 | 495.25 |
| 04/12/07 | Point of Sale | 60 Commissary | 102720 | 531316 | Commissary | -136.49 | 358.76 |
| 04/13/07 | Payroll | 20 Payroll Adjustment | 103133 | | P/R month of 03/2007 | 10.00 | 368.76 |

Inmate: K82099 Walton, Alonje Housing Unit: WIL-S -01-14

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/20/07 | Disbursements | 84 Library | 110333 | Chk #81329 | 10869, DOC: 523 Fund Library, Inv. Date: 04/20/2007 | -2.60 | 366.16 |
| 04/20/07 | Disbursements | 84 Library | 110333 | Chk #81329 | 10609, DOC: 523 Fund Library, Inv. Date: 03/26/2007 | -.10 | 366.06 |
| 04/20/07 | Disbursements | 84 Library | 110333 | Chk #81329 | 10543, DOC: 523 Fund Library, Inv. Date: 03/19/2007 | -2.10 | 363.96 |
| 04/20/07 | Disbursements | 84 Library | 110333 | Chk #81329 | 10868, DOC: 523 Fund Library, Inv. Date: 04/20/2007 | -2.50 | 361.46 |
| 04/20/07 | Disbursements | 84 Library | 110333 | Chk #81329 | 10640, DOC: 523 Fund Library, Inv. Date: 03/27/2007 | -1.05 | 360.41 |
| 04/20/07 | Disbursements | 84 Library | 110333 | Chk #81329 | 10708, DOC: 523 Fund Library, Inv. Date: 03/30/2007 | -1.00 | 359.41 |
| 04/20/07 | Disbursements | 84 Library | 110333 | Chk #81329 | 10610, DOC: 523 Fund Library, Inv. Date: 04/11/2007 | -3.45 | 355.96 |
| 04/20/07 | Disbursements | 81 Legal Postage | 110333 | Chk #81342 | 10741, CMRS-PBP Acct. #36242, Inv. Date: 04/09/2007 | -1.83 | 354.13 |
| 04/25/07 | Point of Sale | 60 Commissary | 115720 | 532788 | Commissary | -59.06 | 295.07 |
| 04/25/07 | Point of Sale | 60 Commissary | 115720 | 532789 | Commissary | -1.34 | 293.73 |
| 05/02/07 | Point of Sale | 60 Commissary | 122704 | 533755 | Commissary | -50.62 | 243.11 |
| 05/07/07 | Disbursements | 88 Birthday | 127333 | Chk #81478 | 11043, WALTON, TOMMIE, Inv. Date: 05/07/2007 | -50.00 | 193.11 |
| 05/07/07 | Disbursements | 88 Tapes | 127333 | Chk #81479 | 11044, TITUS HARVEST DOME SPEC, Inv. Date: 05/07/2007 | -15.00 | 178.11 |
| 05/10/07 | Point of Sale | 60 Commissary | 130718 | 534807 | Commissary | -54.12 | 123.99 |
| 05/11/07 | Payroll | 20 Payroll Adjustment | 131133 | | P/R month of 04/2007 | 10.00 | 133.99 |
| 05/17/07 | Disbursements | 84 Library | 137333 | Chk #81559 | 10966, DOC: 523 Fund Library, Inv. Date: 04/26/2007 | -39.40 | 94.59 |
| 05/17/07 | Disbursements | 84 Library | 137333 | Chk #81559 | 10991, DOC: 523 Fund Library, Inv. Date: 05/01/2007 | -.85 | 93.74 |
| 05/17/07 | Disbursements | 84 Library | 137333 | Chk #81559 | 10967, DOC: 523 Fund Library, Inv. Date: 04/26/2007 | -3.60 | 90.14 |
| 05/17/07 | Disbursements | 84 Library | 137333 | Chk #81559 | 11029, DOC: 523 Fund Library, Inv. Date: 05/04/2007 | -16.00 | 74.14 |
| 05/17/07 | Disbursements | 84 Library | 137333 | Chk #81559 | 11091, DOC: 523 Fund Library, Inv. Date: 05/14/2007 | -1.65 | 72.49 |
| 05/17/07 | Disbursements | 84 Library | 137333 | Chk #81559 | 10991, DOC: 523 Fund Library, Inv. Date: 05/01/2007 | -.60 | 71.89 |
| 05/17/07 | Disbursements | 81 Legal Postage | 137333 | Chk #81570 | 10911, CMRS-PBP Acct. #36242, Inv. Date: 04/25/2007 | -15.60 | 56.29 |
| 05/17/07 | Disbursements | 90 Medical Co-Pay | 137333 | Chk #81573 | 10910, DOC: 523 Fund Reimburse, Inv. Date: 04/25/2007 | -2.00 | 54.29 |
| 05/17/07 | Disbursements | 90 Medical Co-Pay | 137333 | Chk #81573 | 10987, DOC: 523 Fund Reimburse, Inv. Date: 04/27/2007 | -2.00 | 52.29 |
| 05/21/07 | Point of Sale | 60 Commissary | 141751 | 536029 | Commissary | -37.91 | 14.38 |
| 06/08/07 | Payroll | 20 Payroll Adjustment | 159133 | | P/R month of 05/2007 | 10.00 | 24.38 |
| 06/11/07 | Disbursements | 80 Postage | 162333 | Chk #81761 | 11262, CMRS-PBP Acct. #36242, Inv. Date: 05/23/2007 | -.19 | 24.19 |
| 06/11/07 | Disbursements | 81 Legal Postage | 162333 | Chk #81761 | 11256, CMRS-PBP Acct. #36242, Inv. Date: 05/23/2007 | -2.84 | 21.35 |
| 06/11/07 | Disbursements | 81 Legal Postage | 162333 | Chk #81761 | 11376, CMRS-PBP Acct. #36242, Inv. Date: 06/07/2007 | -5.68 | 15.67 |
| 06/28/07 | AP Correction | 88 Catalog | 179533 | Chk #80088 Voided | 9484 - D ELEGANT MERCHANDISE | 3.00 | 18.67 |
| 07/11/07 | Mail Room | 10 Western Union | 192200 | 8548466581 | BRANCH, EARLEN | 100.00 | 118.67 |
| 07/13/07 | Payroll | 20 Payroll Adjustment | 194130 | | P/R month of 06/2007 | 10.00 | 128.67 |
| 07/16/07 | Point of Sale | 60 Commissary | 197751 | 542578 | Commissary | -67.48 | 61.19 |
| 07/16/07 | Disbursements | 84 Library | 197333 | Chk #82105 | 11600, DOC: 523 Fund Library, Inv. Date: 06/27/2007 | -13.10 | 48.09 |
| 07/16/07 | Disbursements | 84 Library | 197333 | Chk #82105 | 11456, DOC: 523 Fund Library, Inv. Date: 06/15/2007 | -.10 | 47.99 |
| 07/16/07 | Disbursements | 84 Library | 197333 | Chk #82105 | 11383, DOC: 523 Fund Library, Inv. Date: 06/11/2007 | -7.50 | 40.49 |

**Date :** 10/25/2007
**Time :** 09:39:32
**CHAMP**

**Western Illinois Correctional Center**
**Trust Fund**
Inmate Transaction Statement
12/25/2006 to 10/25/2007



**Inmate: K82099 Walton, Alonje** **Housing Unit: WIL-S -01-14**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/16/07 | Disbursements | 84 Library | 197333 | Chk #82105 | 11362, DOC: 523 Fund Library, Inv. Date: 06/01/2007 | -.35 | 40.14 |
| 07/16/07 | Disbursements | 84 Library | 197333 | Chk #82105 | 11219, DOC: 523 Fund Library, Inv. Date: 05/22/2007 | -.10 | 40.04 |
| 07/16/07 | Disbursements | 84 Library | 197333 | Chk #82105 | 11360, DOC: 523 Fund Library, Inv. Date: 06/01/2007 | -.75 | 39.29 |
| 07/16/07 | Disbursements | 84 Library | 197333 | Chk #82105 | 11362, DOC: 523 Fund Library, Inv. Date: 06/01/2007 | -.20 | 39.09 |
| 07/16/07 | Disbursements | 84 Library | 197333 | Chk #82105 | 11354, DOC: 523 Fund Library, Inv. Date: 05/31/2007 | -.45 | 38.64 |
| 07/16/07 | Disbursements | 84 Library | 197333 | Chk #82105 | 11456, DOC: 523 Fund Library, Inv. Date: 06/15/2007 | -1.60 | 37.04 |
| 07/16/07 | Disbursements | 80 Postage | 197333 | Chk #82106 | 11724, CMRS-PBP Acct. #36242, Inv. Date: 07/11/2007 | -2.50 | 34.54 |
| 07/16/07 | Disbursements | 80 Postage | 197333 | Chk #82106 | 11724, CMRS-PBP Acct. #36242, Inv. Date: 07/11/2007 | -7.30 | 27.24 |
| 07/16/07 | Disbursements | 81 Legal Postage | 197333 | Chk #82106 | 11707, CMRS-PBP Acct. #36242, Inv. Date: 07/10/2007 | -.17 | 27.07 |
| 07/16/07 | Disbursements | 81 Legal Postage | 197333 | Chk #82106 | 11611, CMRS-PBP Acct. #36242, Inv. Date: 06/28/2007 | -11.96 | 15.11 |
| 07/16/07 | Disbursements | 80 Postage | 197333 | Chk #82106 | 11725, CMRS-PBP Acct. #36242, Inv. Date: 07/11/2007 | -1.98 | 13.13 |
| 07/16/07 | Disbursements | 81 Legal Postage | 197333 | Chk #82106 | 11700, CMRS-PBP Acct. #36242, Inv. Date: 07/09/2007 | -.17 | 12.96 |
| 07/16/07 | Disbursements | 84 Library | 197333 | Chk #82107 | 11377, DOC: 523 Fund Inmate Re, Inv. Date: 06/07/2007 | -1.10 | 11.86 |
| 08/10/07 | Payroll | 20 Payroll Adjustment | 222133 | | P/R month of 07/2007 | 10.00 | 21.86 |
| 08/10/07 | Disbursements | 81 Legal Postage | 222333 | Chk #82337 | 000056, CMRS-PBP Acct. #3624, Inv. Date: 07/18/2007 | -1.48 | 20.38 |
| 08/10/07 | Disbursements | 80 Postage | 222333 | Chk #82337 | 95, CMRS-PBP Acct. #36242386, Inv. Date: 07/24/2007 | -.80 | 19.58 |
| 08/13/07 | Disbursements | 84 Library | 225333 | Chk #82347 | 000051, DOC: 523 Fund Library, Inv. Date: 07/17/2007 | -2.40 | 17.18 |
| 08/13/07 | Disbursements | 84 Library | 225333 | Chk #82347 | 11689, DOC: 523 Fund Library, Inv. Date: 07/06/2007 | -6.95 | 10.23 |
| 08/13/07 | Disbursements | 84 Library | 225333 | Chk #82347 | 11722, DOC: 523 Fund Library, Inv. Date: 07/11/2007 | -.10 | 10.13 |
| 08/31/07 | Point of Sale | 60 Commissary | 243772 | 548604 | Commissary | -3.28 | 6.85 |
| 09/13/07 | Mail Room | 10 Western Union | 256200 | 7427474235 | BRANCH, EARLENE | 60.00 | 66.85 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257133 | | P/R month of 08/2007 | 8.16 | 75.01 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260333 | Chk #82658 | 298, CMRS-PBP Acct. #3624238, Inv. Date: 08/13/2007 | -4.80 | 70.21 |
| 10/05/07 | Point of Sale | 60 Commissary | 278751 | 552810 | Commissary | -17.20 | 53.01 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288333 | Chk #82961 | 742, CMRS-PBP Acct. #3624238, Inv. Date: 09/25/2007 | -5.77 | 47.24 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288333 | Chk #82961 | 862, CMRS-PBP Acct. #3624238, Inv. Date: 10/03/2007 | -5.38 | 41.86 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288333 | Chk #82961 | 742, CMRS-PBP Acct. #3624238, Inv. Date: 09/25/2007 | -4.80 | 37.06 |
| 10/15/07 | Disbursements | 80 Postage | 288333 | Chk #82961 | 748, CMRS-PBP Acct. #3624238, Inv. Date: 09/25/2007 | -.41 | 36.65 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288333 | Chk #82961 | 742, CMRS-PBP Acct. #3624238, Inv. Date: 09/25/2007 | -9.40 | 27.25 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288333 | Chk #82961 | 696, CMRS-PBP Acct. #3624238, Inv. Date: 09/18/2007 | -4.90 | 22.35 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288333 | Chk #82961 | 742, CMRS-PBP Acct. #3624238, Inv. Date: 09/25/2007 | -4.80 | 17.55 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288333 | Chk #82961 | 916, CMRS-PBP Acct. #3624238, Inv. Date: 10/10/2007 | -4.80 | 12.75 |

**Date :** 10/25/2007
**Time :** 09:39:33
**CHAMP**

**Western Illinois Correctional Center**
**Trust Fund**
Inmate Transaction Statement
12/25/2006 to 10/25/2007



**Inmate: K82099 Walton, Alonje**

**Housing Unit: WIL-S -01-14**

| | |
|---|---|
| **Total Inmate Funds:** | 12.75 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 3.88 |
| **Funds Available:** | 8.87 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | | Amount |
|---|---|---|---|---|---|---|
| 10/24/2007 | 1060 | Disb | Legal Postage | 7606 CMRS-PBP | Acct. #36242386 | $2.65 |
| 10/25/2007 | 1070 | Disb | Legal Postage | 7606 CMRS-PBP | Acct. #36242386 | $1.23 |
| | | | | | **Total Restrictions:** | **$3.88** |