MHN

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>RECEIVED DEC 14 2007<br>Office Of The Attorney General<br>Office Services |
| 1. Article Addressed to:<br>BY CERTIFIED MAIL - RETURN RECEIPT<br>Chief, Criminal Appeal Division<br>Illinois Attorney General's Office<br>100 West Randolph Street<br>12th Floor<br>Chicago, IL 60601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)   7007 0710 0003 4430 7751 | |
| PS Form 3811, February 2004   Domestic Return Receipt   07CV695   102595-02-M-1540 | |

07CV6954

FILED
1-2-2008
JAN - 2 2008 /H
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT