C.H.

December 25, 2007

07 C 6954

To Prisoner Correspondence Personnal;

To whom It may Concern;

**FILED**

JAN 0 3 2008
JAN 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

This letter is to Respectfully Request could your office please make a courtesy copy of my exhibits of "A" AND "B", That's Affixed To my motion, Order to Show Cause. I received a Docket Entry Text Stating; That I had to Have this Order To Show Cause In before 21 Days or my Petition of Writ of Habeas Corpus will be Dismiss. But I am In Segragation and this Administration be playing with copies and I fear that It will Delay the Process. So I prepared three Handwriting Petitions and I'm Respectfully Requesting, If you could make the Appropriate copies And Attach the Exhibits To my motions; And Return One Copy back to me. Thank-You very much for Your Assistance In This Matter. Merry Christmas And Have A Happy New Year!

THANK-YOU AGAIN!

Respectfully Submitted;
Alonzie Walton Jr. ID# K82099

Alonzie Walton Sr. ID# K82099
P.O. Box 999
Pinckneyville, IL 62274