## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Alonje Walton Sr
                        Plaintiff,

v.                                        Case No.: 1:07–cv–06954
                                                       Honorable Blanche M. Manning

Daniel Austin
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 11, 2008:

      MINUTE entry before Judge Blanche M. Manning : The clerk is directed to place this case on the court's suspense docket. The parties shall file a motion seeking to move the case back onto the court's active docket once he has exhausted his state court remedies.Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.