UNITED STATES DISTRICT COURT
The Northern District Of Illinois
EASTERN DIVISION

U.S. Ex rel Alonje' Walton Sr. (K82099)
Plaintiff,

CASE No. 07 C 6954

HONORAble Judge Blanche M. Manning

VS.
Warden Daniel Austin
Defendant,

# FILED

APR - 7 2008
Apr 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Notice Of Filing

TO: Chief, Criminal Appeals Division
Attorney General's Office
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601

TO: Clerk Of Court
C/o Prisoner Correspondent
U.S. District Court for the Northern District
219 S. Dearborn Street
Chicago, IL. 60604

Please Take Notice That I have This Day Filed with the clerk Of The United States District Court For the Northern District Of Illinois, Plaintiff Status Report, A Copy Of Which Is Attached Hereto And Herewith Served UPON You.

Dated At Pinckneyville, IL. This 2ND DAY Of April , 2008.

Respectfully Submitted;
Aloji' Walton Sr

Alonje' Walton Sr.
ID.# K-82099
P.O. Box 999
Pinckneyville, IL 62274

United States District Court For
The Northern District Of Illinois
EASTERN DIVISION

U.S. Ex rel Alonje' Walton Sr. ( K82099)
                              Plaintiff,

VS.

Warden Daniel Austin
                   Defendant,

CASE No. 07 C 6954

Honorable Judge Blanche M. Manning

# FILED

APR - 7 2008 aew
Apr 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## STATUS Report

1). ON December 19, 2007, The Plaintiff Alonje' Walton, HAD Filed with this court, Pro-se Petition For A writ Of habeAs Corpus pursuant To 28 U.S.C. 2254. The petitioner Challanges his Convictions For Aggravated criminal Sexual Assault And Kidnapping on the grounds that: (1) there is Newly Discovered, Exculpatory Evidence; (2) He was Arrested without A warrant or probable cause; (3) the police conducted vAN Illegal Search And Seizure In Uncovering Evidence Against him; And (4) The Petitions Defense counsel was Ineffective.

2). This court stayed petitioner cAse pending Disposition Of ON going stAte court proceedings Relating to the petitioner's Direct Appeal And Collateral Attack Of his Conviction.

3). The court Directed petitioner To File A stAtus Report by June 1, 2008, Notifying The court As to the posture Of the stAte court cases.

4). Plaintiff stAtes; ThAt He hAs Sent To The Office Of the StAte Appellate Defender, A StAtus Report AS To The posture Of Plaintiff Direct Appeal. The Appeals process Is some whAt slow. ( See Attachment Exhibit "1")

5). Plaintiff further StAtes; Due To Plaintiff Litigation In Walton V. city Of Chicago Et Al., CASE No. 04 C 7718, concerning Plaintiff 42 U.S.C. 1983 Civil Rights Suit, Unlawful Arrest Etc. The Existence Of Circumstances Rendering Such process Ineffective To protect The Rights Of the Prisoner.

Plaintiff Has mailed In A Notice Of Appeal In the State Court Concerning His Denied State habeas Corpus Petition on December 03, 2007, and recently Filed A Status Report Dated January 31, 2008, concerning the posture Of Its Appeal. Plaintiff is been Denied An opportunity to pursue AN Appeal In State Court Concerning his State Habeas Corpus. Due to the Court And Assign Public Defender, Has Failed to Inform Plaintiff As to the Posture of his Appeal or Failed to File It, and Its going on Four (4) months, And I still haven't heard Anything. Plaintiff is Not receiving A full, Fair, And Adequate Proceedings In State Court Concerning his habeas Corpus Appeal, And plaintiff Is In Custody In violation Of the constitution or laws or treatise Of The United States. (See Attachment Exhibit "2")

6). Due To plaintiff pursuing his Habeas Corpus claim to gain Freedom From this Illegal Imprisonment. Plaintiff had to File In the United States District Court For The Central District Of Illinois A 42 U.S.C. 1983 Civil Rights suit For Monetary Damages, Injunction Relief, And Declaratory Judgment case No. 07 3289, Dated December 12, 2007. Due To Western Illinois Correctional Center officials, Devising plans with Other prisoners To Kill plaintiff. Since plaintiff File his Amended Complaint on March 19, 2008 In Court, officials At Pinckneyville Correctional Center, Has continue To HARASS Plaintiff, And Has taken away all His legal books, And Legal Material to Litigate with, And Plaintiff Is In Seg. For Having batteries and A Splitter In A Sack. (See Attachment Exhibit "I")

7). Plaintiff Also state; that He Do Not Know What to Do Next, Concerning His Post-Conviction State Habeas Corpus Petition In State Court, Since the State Court Fails To Response, AND the plaintiff HAS NO legal Education IN pursuing his legal claims, And Need the Court Assistance.

8). Plaintiff Asserts that the District Court Shall entertain Plaintiff Application for A writ Of Habeas Corpus on behalf Of A person In Custody pursuant to the Judgment Of A State Court on the ground that he is In Custody IN violation Of The constitution or laws or treatise Of the United States AND pursuant TO 28 2254 (b), (D), (6), (7).

Respectfully Submitted;

Alonje' Walton Sr. ID.# K82099

Alonje' WALTON Sr.
ID.# K82099
P.O. Box 999
Pinckneyville, IL. 62274

Pursuant To 28 U.S.C. 1746, 18 USC 1621 or 735 ILCS 5/109, I Declare, Under penalty of Perjury, That I am A Named Party In the Above Action, That I have read the Above Statements, And That The Information Contained therein Is true And correct To The Best of my Knowledge.

DATE: April 2, 2008

/S/ Alonje' Walton Sr. K82099

Alonje' WALTON Sr. ID.# K82099
P.O. Box 999
Pinckneyville, IL. 62274

## CertiFicate OF Service

I Hereby Certify That I Have caused a true and correct Copy of Plaintiff STATUS Report, AND Notice Of Filing To Be Served ON The Person (s) Named In The Foregoing Notice, AT The ADDress There IN Stated, BY Placing SAiD Copies IN A stamped ADDressed Envelope And Depositing Same IN the U.S. MAiL AT Pinckneyville Correctional Center, P.O. Box 999, Pinckneyville, IL. ON April  2, 2008.

/s/ Alonje' Walton, Sr.,
Alonje' Walton, Sr.,



# OFFICE OF THE STATE APPELLATE DEFENDER
# FIRST JUDICIAL DISTRICT

**203 NORTH LASALLE STREET**
**24TH FLOOR**
**CHICAGO, ILLINOIS 60601**
**TELEPHONE: 312/814-5472**
**FAX: 312/814-1447**

*Exhibit ("1")*

**MICHAEL J. PELLETIER**
DEPUTY DEFENDER

February 18, 2008

**TAMMY STOLZ**
SENIOR PARALEGAL

Mr. Alonje Walton
Register No. K-82099
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, IL 62274

Dear Mr. Walton:

    This letter is in response to your recent correspondence requesting the status of your appeal. Please note that on August 10, 2007, we ordered your transcripts. As mentioned in the introduction letter sent to you, it can take anywhere from **6-9 months** from the time we ordered your transcripts to put your complete record together.

    Once we receive your transcripts, we will review them to determine that they are complete, and an attorney will be assigned to your case. At that point, a copy of your transcripts will be sent to you.

    The appellate process is unfortunately slow. Know we are doing all we can to move along your case.

    If you have any further questions, please let me know.

Sincerely,

Tammy Stolz
Senior Paralegal

STATE OF ILLINOIS

SS

COUNTY OF _____          IN THE

Exhibit "2"

Circuit Court of Cook County, Illinois

County Department, criminal Division

Alonje' Walton          )
                        )
                        )   CASE NO. 03 CR 22081
                        )
      vs                )
J.R. Walls              )

---

### NOTICE OF FILING

TO: Dorothy Brown        TO:_____        TO:_____
Clerks Office            _____           _____
2650 S. California Rm.526 _____          _____
Chicago, IL. 60608       _____           _____
1 Original & 2 copy      _____ copy(ies)       _____ copy(ies)

PLEASE TAKE NOTE that on the 31th day of January , 2008 I
have filed, through the U.S. Mail, with the above named parties, the below listed
documents (number of copies & originals filed are listed below the addresses of
the parties):

1) Letter Of Notification Seeking Official case Status Report w/ Exhibit "A"
2)_____
3)_____
4)_____
5)_____
6)_____
7)_____
8)_____

---

### AFFIDAVIT OF SERVICE

I, Alonje' Walton , being first duly sworn on oath, deposes and avers
that he/she has caused the above stated documents in the above stated amounts, to be
served upon the above listed parties by placing the same in the U.S. MAIL BOX on
Housing Unit # 1 located at Pinckneyville Correctional Center in Pinckneyville, IL for
delivery as 1st Class Mail.

s/s Alonje' Walton

NAME: Alonje' Walton

IDOC Reg. No. K82099

Subscribed and sworn to before me this 31st day of January , 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
PAULA J. SUMMERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/15/08

Form revised 11/1/01

IN THE
CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CRIMINAL DIVISION

Exhibit
"2"

ALONJE' WALTON
      PETITIONER,

    VS.

J.R. WALLS,
      RESPONDENT,

HABEAS CORPUS
03 CR 22081

JUDGE:MARY M. BROSHAN

TO:DORATHY BROWN
   CLERKS OFFICE
   2650 S. CALIFORNIA RM.526
   CHICAGO,IL. 60608

FROM:ALONJE' WALTON
ID.# K-82099
P.O. BOX 999
PINCKNEYVILLE,IL.62274

LETTER OF NOTIFICATION
SEEKING OFFICIAL CASE STATUS REPORT

IN RE:SEEKING AN OFFICIAL CASE STATUS REPORT IN ALONJE' WALTON, VS. J.R.WALLS
CASE NUMBER 03 CR 22081.

DEAR CLERK OF THE COURT:
MY NAME IS ALONJE' WALTON,I AM A ILLINOIS STATE PRISONER,IDOC#: K-82099.
I AM CURRENTLY INCARCERATED AT THE PINCKNEYVILLE CORRECTIONAL CENTER,P.O.
BOX 999,PINCKNEYVILLE,IL.62274.

ON OR AROUND THE DATE OF DECEMBER 03,2007,I FILED WITH THE CIRCUIT COURT OF
COOK COUNTY A NOTICE OF APPEAL,FROM THE DENIAL OF A STATE HABEAS CORPUS,DA-
TED NOVEMBER 09,2007,IN THE ABOVE ENTITLED CAUSE.(SEE EXHIBIT "A") IT HAS
BEEN WELL OVER 65 DAYS,AND I HAVE NOT AS OF YET HEARD ANYTHING FROM THE COURT
IN REGARDS TO THIS NOTICE OF APPEAL,AS TO WHETHER PETITIONER APPEAL WAS FILED
DATED OF FILING,AND WHETHER COUNSEL WAS APPOINTED.

PLEASE,AS SOON AS HUMANLY POSSIBLE SEND TO ME AN OFFICIAL AND CURRENT CASE
STATUS REPORT FOR THE ABOVE CAPTIONED CASE.

I DO UNDERSTAND THAT YOU ARE VERY BUSY THEREFORE I WILL BRING THIS OFFICIAL
LETTER OF NOTIFICATIOBN TO IT'S DURATION BY THANKING YOU IN ADVANCE FOR YOUR
TIME AND CONSIDERATION SERVED IN THIS VERY SERIOUS LEGAL MATTE.I CLOSE AND
AWAIT YOUR OFFICIAL RESPONSE.

RESPECTFULLY SUBMITTED;
I.D.#
/S/ Alonje Walton  K-82099

ALONJE' WALTON
ID.# K-82099
P.O.BOX 999
PINCKNEYVILLE,IL.62274

DATE:JANUARY 30,2008.

THIS IS MY 1 REQUEST FOR A COPY OF A OFFICIAL CASE STATUS REPORT.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE CAUSED TRUE AND CORRECT COPIES OF  THE ABOVE

AND FOREGOING NOTICE OF LETTER OF NOTIFICATION SEEKING OFFICIAL CASE STATUS
REPORT,TO BE SERVED ON THE PERSON (S) NAMED IN THE FOREGOING NOTICE AT THE
ADDRESS THEREIN STATED,BY PLACING SAID COPIES IN A STAMPED ADDRESSED ENVE-
LOPE AND DEPOSITING SAME IN THE MAIL AT PICKNEYVILLE CORRECTIONAL CENTER
AT P.O. BOX 999,PINCKNEYVILLE,IL.62274, ON JANUARY 31,2008.

/S/ALONJE' WALTON
ALONJE' WALTON

Circuit Court of Cook County, Illinois
County Department, Criminal Division

Exhibit "2"

AloNJE' WAlton Sr.
        Petitioner,

                                                    HAbeas Corpus
    V.                                              03 CR 22081

J.R. WAlls,
        Respondent,
                                                    Exhibit
                                                    "A"
                    Proof / Certificate of Service

To: Dorothy Brown          From: AloNJE' WAlton Sr.,
    Clerk Office                  P.O. Box 999
    2650 S. CAliforNiA, Rm. 526   . Pinckneyville, IL. 62274
    ChicAgo, IL. 60608

PleAse TAke Notice That on December 03, 2007, I HAve plAced The DocuMents listed Below IN
The InstitutionAl MAil AT Pinckneyville IL. CorrectioNAl Center, Properly Addressed to the PArties li-
STED Above for MAiling Through the United StAtes PostAl Service: NOTICE OF APPEAL.

PURSUANT TO 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I DeclAre, under peNAlty of Perjury,
thAT I AM A NAmed PArty IN The Above AcTioN, thAT I HAve reAd The Above DocuMents, And
thAT the InforMAtion contAined thereIN Is True and Correct to the best of MY KNow-
ledge.

Ate: December 03, 2007                         /S/ AloNJE' WAlton Sr.
                                               NAme: AloNJE' WAlton Sr.
                                               IDOC#: K82099
                                               P.O. Box 999
                                               Pinckneyville, IL. 62274

Exhibit "2"

IN The
Circuit Court OF Cook County, Illinois
County DEPArtment, Criminal Division

Alonje' Walton Se,
            Petitioner,

v.

J. R. Walls,
            Respondent,

HAbeas Corpus
03 CR 22081

Exhibit "A"

## NOTICE OF Appeal

An Appeal is TAKEN From The ORDER OF Judgement Described below:

APPellant's Name: Alonje' Walton Se.  D.O.B.: October 18, 1972
APPellant's Address: P.O. 999  Pinckneyville, IL. 62274
Offense: Aggravated Criminal Sexual Assault & Kidnapping
Judgement: HAbeas Corpus Denied  DATE: November 09, 2007

Alonje' Walton Sr. : Appellant

Verified Petition For Report OF Proceedings
Common Law Record and For Appointment OF Counsel on Appeal
Under Supreme Court Rules 605 - 608, Appellant Asks the Court
To order the Official Court Report to transcribe AN original and
copy of The proceedings, file the original with the clerk and

1 OF 2

Exhibit "A"    Exhibit "2"

Deliver copy To The Appellant: ORDer The Clerk TO prepare
The record oN Appeal and Appoint CounSel.
Appellant being Duly swoN Says that AT The Time OF The
Order he WAS AN is UNAble To pAy For the record of AN
Appeal LAwyer.

_Alozi' WaltoN s. : Appellant_

ORDer: IT is ORDErED the State Appellate DefeNder be Appointed
As CounSel oN Appeal and the record and report OF proceedings
be FurNished without COSTS.

DATES TO BE TraNScribed : _____
Pre-TriAl motioN DATE : _____
TriAl motioN DATE : _____
DATE OF OrDer : _____    DATE : _____

ENTer : _____
(JuDGe)

2 of 2

**E-FILED**
Wednesday, 12 December, 2007 10:06:43 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Exhibit
"J"

ALONJE WALTON, SR.

PLAINTIFF,

VS.                                                  07-3289

WESTERN ILLINOIS CORRECTIONAL CENTER,
KEVIN L. GIBSON, J. R. WALLS, LT. ASHCRAFT,
MAJOR McGEE, LT. ASHBY and DEPUTY DIRECTOR,

DEFENDANTS.

<u>MERIT REVIEW ORDER</u>

This is an action under 42 U.S.C. §1983 for infringement of civil liberties by a person acting under color of state law. The court has jurisdiction under 28 U.S.C. §1334.

The plaintiff is an inmate of the Illinois Department of Corrections (IDOC) and the defendants are all employees of the IDOC. The complaint is thirty-seven pages of handwritten allegations. They are not easy to follow. The merit review hearing on December 6, 2007, by video conference was not much help in deciding precisely what the plaintiff's claims were. The best summary the court can make of them is as follows:

1). On October 16 , 2006, the plaintiff says he was convicted in Cook County of trumped up criminal charges and sentenced to the Illinois Department of Corrections.

2). On November 9, 2006, the plaintiff was assigned to the Western Illinois Correctional Center in Mt. Sterling, Illinois.

3). Since his arrival at Western, the plaintiff says that the defendants have conspired together to have other inmates do bodily harm to the plaintiff.

4). The plaintiff says he has filed grievances at various times in August 2007 seeking protection from the claimed conspiracy but to no avail.

5). On August 25, 2007, the plaintiff says, he informed Major McGee that Internal Affairs was trying to get other inmates to attack the plaintiff and that he feared for his safety and would not stay in his assigned housing unit. As a result the plaintiff was sent to segregation.

6). The plaintiff was disciplined for disobeying a direct order to return to general population and was held in segregation.

Exhibit
"J"

7). On September 8, 2007, plaintiff was asked again to return to general population and refused and was given further segregation time.

   The plaintiff claims violations of his rights under the Eighth Amendment not to be intentionally exposed to harm. He claims denial of due process; denial of equal protection; discrimination based on race; retaliation for exercise of First Amendment rights; and alleges that in a state habeas corpus proceeding, "a witness told him that the IDOC was trying to silence him by death." He seeks damages and equitable relief.

   The complaint seems to be a paranoid stream of consciousness, but giving the complaint every intendment favorable to the plaintiff, there may be a claim here for constitutional infringement. The court will have to examine the IDOC records to determine what has taken place in this case and so the case will proceed beyond the merit review stage.

IT IS THEREFORE ORDERED THAT:

1). The case is referred to the Magistrate Judge for entry of a scheduling order and issue of entries of appearance and waiver of service of process.

2). The plaintiff's motion [d/e 3] for appointment of counsel is denied at this stage of the proceedings.

3). The plaintiff's petition to proceed in forma pauperis [d/e 2] is allowed.

4). The case is set for further Rule 16 proceedings by video conference on Friday, February 1, 2008, at 1:30 p.m. or as soon thereafter as the case may be reached on the court's docket.

Enter this 12th day of December 2007.


                    ____s/Harold A. Baker____
                        Harold A. Baker
                    United States District Judge