United States District Court
The Northern District Of Illinois
Eastern Division

U.S. ex rel Alonje' Walton Sr., (K82099)
    Plaintiff,

vs.

Warden Daniel Austin
    Defendant,

Case No. 07 C 6954

Honorable Judge Blanche M. Manning

**FILED**
APR - 7 2008
Apr 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Interlocutory Order

Now comes The Plaintiff, Alonje' Walton Sr., ("Plaintiff") Through His own Properself (Pro-se), Respectfully Request This Honorable Court To Put In An Interlocutory Order Against Officials at Pinckneyville Correctional Center. In support thereof, Plaintiff states as follows:

1). On December 19, 2007, The Plaintiff Alonje' Walton, Had Filed with This Court, Pro-se Petition For A writ Of Habeas Corpus pursuant To 28 U.S.C. 2254. The petitioner challenges his Conviction for Aggravated Criminal Sexual Assault and Kidnapping on the grounds That: (1) There Is Newly Discovered, Exculpatory Evidence; (2) He was Arrested without a Warrant or Probable cause; (3) The police conducted An Illegal Search And Seizure In uncovering Evidence Against him; And (4) The Petition Defense Counsel was Ineffective.

2) This Court Stayed petitioner case pending Disposition Of on going state court proceedings Relating to Petitioners Direct Appeal and Collateral Attack Of His Conviction.

3). Due To plaintiff Litigation In Walton v. City Of Chicago, Etal., case No. 04C7718 Concerning his Unlawful Arrest, And Plaintiff State Habeas Corpus, Officials was Devising Plans with other prisoners To Assault/Kill plaintiff. Furthermore, Plaintiff File In The Central District Of Illinois Case No. 07-CV-03289, A 42 U.S.C. 1983 Civil Rights Suit, for Monetary Damages, Injunction Relief, And Declaratory Judgment.

4). After Plaintiff filed his Amended Complaint and submitted it to the Court on March 19, 2008, A Campaign of Petty Harassment started against Plaintiff to Prevent Plaintiff Litigation In this Court.

5). Officials/Staff has continue to Deny Plaintiff Access to the Law Library to do Legal Research, File Legal Material In Court, And Deny Plaintiff Legal Material.

6). Where fore on March 26, 2008, C/O T. Graham Star #12067, Conducted A cell Search of Plaintiff cell In R-1 B 58. While Doing so, He Found on Top of my bed a Sock Containing 5 Double A Batteries And a Splitter. but C/O T. Graham has Intentionally Devised plans To Harass plaintiff by; Intentionally cutting Plaintiff Ear plug Extension Cord that goes To his t.v. In two, And Plaintiff was Sent to Seg.

7). While In Seg on March 26, 2008, Plaintiff received His Personal property Box But Correctional Officers had Intentionally DisAssemble Plaintiff Property Box Confisicating All his Legal Books And Legal Material That Plaintiff Needs For his Federal Habeas Corpus In this Court, And His Civil Rights Complaint thats Filed In the Central District, Denying me Access To Litigate In Both Courts.

8). Also on March 30, 2008, Plaintiff Sent To The Law Library From Seg. A brown Manilla Envelope containing a motion For this Court a "STATUS Report", To be made Four (4) copies Of, And To Return back To me. but Staff And The Law Librarian Ms. R. Hunsicles, had Intentionally held my original copy, so I would be Frustrated And Would Not be Able to Litigate And File his Legal Papers In this Court. (received 4/2/08)

9). Plaintiff Has Utilize The Grievance Procedure At All Times During Each Event And violation of It, And such procedure Has became Faulty And To No Avail. More Harassment Just come upon the Plaintiff, And Plaintiff Fears That an Assault/an Attempt to Kill is Awaiting Plaintiff, When/Where It becomes Available.

Wherefore Plaintiff, Alonje' Walton Sr., Respectfully Request this Court To put IN A Interlocutory Order Directing Officials At Pinckneyville Correctional Center, To Return All Legal books And Legal Material such As: Federal Habeas Corpus Petition, civil Rights Complaint, So Plaintiff can Litigate his claims.

DATED: April 2, 2008

Respectfully Submitted;

*Alonje' Walton Sr.*

Alonje' Walton Sr.
ID # K82099
P.O. Box 999
Pinckneyville, Il. 62274