IN The United States District Court
For The Northern District OF Illinois
EASTERN DIVISION

MHN

U.S. Ex rel <u>Alonje' Walton Sr.</u> (K82099)
Plaintiff,

vs.

<u>Warden Daniel Austin</u>
Defendant,

Case No. <u>07 C 6954</u>

Honorable Judge <u>Blanche M. Manning</u>

FILED
APR 2 8 2008
4-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF FILING

TO: Clerk of Court
c/o Prisoner Correspondent
U.S. District Court For the Northern District
219 S. Dearborn Street
Chicago, IL. 60604

TO: Chief, Criminal Appeals Division
Attorney Generals office
100 W. Randolph Street, 12th Flr.
Chicago, IL 60601

Please Take Notice That I have This Day Filed with The Clerk of The United States District Court For the Northern District OF Illinois, Emergency Interlocutory ORDER, A copy of which is Attached Hereto and Herewith Served upon You.

Dated at Pinckneyville, IL This <u>22nd</u> Day of <u>April, 2008</u>.

Respectfully Submitted,
Alonje' Walton Sr.

Alonje' Walton Sr.
ID# K82099
P.O. Box 999
Pinckneyville, IL 62274

IN THE UNITED STATES DISTRICT COURT
For The Northern District Of Illinois
Eastern Division

U.S. Ex rel Alonje' Walton Sr., (K82099)
Plaintiff,

vs.

Warden Daniel Austin
Defendant,

CASE No. 07 C 6954

Honorable Judge Blanche M. Manning

FILED
APR 2 8 2008
4-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### Emergency Interlocutory Order

Now comes The Plaintiff, Alonje' Walton, Sr., (Plaintiff), Through His Own Properself (Pro-se), Respectfully Request This Honorable Court To Enter An Emergency Interlocutory Order. In Support Thereof, Plaintiff States As Follows:

1). On December 19, 2007, The Plaintiff Alonje' Walton Sr., Filed with This court Pro-se Petition For A Writ Of Habeas Corpus pursuant To 28 U.S.C. 2254. The petitioner Challenges his Conviction For Aggravated Criminal Sexual Assault And Kidnapping.

2). This court stayed Petitioner case pending Disposition Of on going state court proceedings Relating To The petitioners Direct Appeal and Collateral Attack of His Conviction.

3). Plaintiff States; Due To His Pending Litigation In this District In case Entitle Walton V. city Of Chicago et al., case No. 04 C 7718, And Plaintiff habeas Corpus Petition, To gain Freedom From this Illegal Confinement. Plaintiff had to file In the Central District Of Illinois, In case Entitle Walton V. Western Illinois Correctional Center, case No. 07-3289, Monetary Damages And Equitable

Relief, for violations of Plaintiff Rights under the Eighth (8th) Amendment Not To be Intentionally Exposed to harm/vulnerable to attack. He claims Denial of Due process, Denial Of Equal Protection; Discrimination based on Race; Retaliation for exercise of First Amendment rights; And Alleges that In a State habeas Corpus proceeding, "A witness told him that the IDOC was trying to silence him by Death."

4). Plaintiff Also state, That He Also Filed In the Central District Dated February 27, 2008, Plaintiff Reconsideration motion For An Emergency Restraining Order, And Filed his Second Amended Complaint on March 21, 2008, Also seeking Order To Show Cause For A Emergency Restraining Order Due to; On going Harassments And Constitutional Deprivement Against Western IL. Correctional Center Successors In Office, Agents And Employee's And All other Person Acting In Concert And Participation With them. But Said court Has Failed To provide Any Equitable Relief, To protect The Plaintiff, And there is An ongoing constitutional violations And continuing Nature Of Harm.

5). Plaintiff Further states; That On April 19, 2008, During the 9:00 A.M. Hour During Seg Showers that he overheard A white officer Inform A White Prisoner while Looking At me whispering, Upon Information And belief, "That when He Leaves Seg they are going to get him"! (emphasis Added) Plaintiff Further states; That There is A Continuing Nature or probable to recur Of A Constitutional Violation Of The Eighth (8th) Amendment, Of Cruel And Inhuman punishment, And will Suffer irreparable Injury before compliance with the order Of habeas Corpus can be Enforced, Pursuant To 735 ILCS 5/10-118. by continuing Devising plans with Other Prisoners to cause An Assault/Kill me, when plaintiff Leaves Seg, and Other constitutional Deprivment such As; Denying Procedure Due process of the Fourteenth (14th) Amendment when Filing Grievances, Mail Tampering, and viola-

tions of First (1st) and Fourteenth (14th) Amendment Right.

6). The Eighth Amendment protects against cruel and unusual punishment, See, Weems v. United States, 217 U.S. 349, 30 S.ct. 544, 54 L.E.D. 793; Trop v. Dulles, 356 U.S. 86, 78 S.ct. 590, 2 L.ED.2d 630; Robinson v. State of California, 370 U.S. 660, 82 S.ct. 1417, 8 L.Ed.2d 758.

7). Habeas Corpus is basically designed to give person restrained of Liberty opportunity to test legality of Restraint and to Relief from unlawful Imprisonment, but it may also be used to prevent certain continuing illegal and unconstitutional Treatment of convicted persons In custody where such treatment Amounts to cruel and unusual punishment and In unusual instances may reach Extreme acts Of Official Misconduct Depriving prisoner of Fundamental Rights where such Deprivation also results In Unlawful Administration of Sentence.

8). Personnel Here At Pinckneyville Correctional Center, conspiring To subject Plaintiff to Cruel and Inhuman punishment In violation Of the Eighth (8th) To keep plaintiff from Seeking Justice and be release from this Unlawful Imprisonment, contrary to The law and To the rules Of the Institution, and Plaintiff Seeks Equitable Relief from this court so plaintiff can continue his habeas corpus proceeding Safetly.

9). Plaintiff Finally contends that he has Exercise the Grievance Procedure at The Institution but Is continuing been Denying procedure Due process of the Fourteenth (14th) Amendment, and To No Avail. Plaintiff further states; ~~[illegible]~~ to Protect his Liberty Interest Of the Fourteenth (14th) Amendment from Harm.

Wherefore, for the above and foregoing reasons, Plaintiff Respectfully Request This Honorable Court to Enter an Emergency Interlocutory Order Of Equitable Relief.

Respectfully submitted,
/s/ Alonje' Walton Sr.

Alonje' Walton Sr.
ID.# K82099
P.O. Box 999
Pinckneyville, IL 62274

## Certificate Of Service

I Hereby Certify That I have caused a true and correct copy of Notice of Filing, and Emergency Interlocutory Order, To Be Served On The Person(s) Named In The foregoing Notice, At The Address Therein Stated, by Placing Said copies In A Stamped, Addressed Envelope and Depositing Same In the U.S. Mail at Pinckneyville Correctional Center, P.O. Box 999, Pinckneyville, IL On April 22, 2008.

/S/ Alonje' Walton Sr.
Alonje' Walton Sr.

**Very Important**

# ATTENTION Sister:
## *Jackie Hollimon*

— Very Important — April 22, 2008

Due to your Brother Litigation In Walton v. City of Chicago, etal., Case No. 04 C 7718 for This unlawful Imprisonment, and a Federal Habeas Corpus Petition case No. 07 C 6954, I'm been Targeted and Expose to Harm again, To be killed by IA/Administration here at Pinchneyville Correctional Center, Devising plans with Prisoners to Assault/kill me. I have filed In the Central District of Illinois, against Walton V. Western IL. Correctional Center, Case No. 07 C-3289 for violating my Eighth 8th Amendment, by exposing me to be Kill, and I Ask for a restraining order to No avail. I'm writing you to Ask you to Call Ms. Carrie Kagawa for me, office of U.S. Senator Barack Obama, At (312) 886-3506 ASAP Before I Die. Also Explain to her that on April 7, 2008, I Mail her back the privacy Act to start my help. but I Don't Know If She receive It because they mess with my mail. I Need help before I leave Seg. 4/26/08. IF I Die Before I get help, I Ask you to Look After Mom For me. We lost DAD And All we have left Is mom. Also Sis, Call this law Firm For me Blake

Hurwitz at (847) 924-1649, Justice Center for Victims of Wrongful Convictions and Police Misconduct, and ask him did he receive the Wrongful Conviction Questionaire w/ Exhibits, Also explain my situation and tell them that The Jail Is messing with my mail. Ask for RACHAKA / Legal Assistant. I need you sis Really BAD! Thank-You very much and I Love You Sis,

      Love your Brother,
      Alonje' Walton Sr.

Alonje' Walton Sr.
I.D.# K82099
P.O. Box 999
Pinckneyville, IL 62274

CAll Her FAst Sis, I NEED HELP BeFore I DIE!!!