## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | BLANCHE M. MANNING | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6954 | **DATE** | May 6, 2008 |
| **CASE TITLE** | U.S. ex rel. Alonje Walton Sr. (#K-82099) vs. Warden Daniel Austin | | |

**DOCKET ENTRY TEXT:**

Reference is made to the petitioner's status report [#15]. The stay of this case remains in effect, as the petitioner's conviction is currently on directly appeal in the Illinois Appellate Court. The petitioner is directed to file another status report on or before November 1, 2008. The petitioner's motion for an interlocutory order [#16] is denied. If the petitioner believes that officials at the Pinckneyville Correctional Center are interfering with his access to the courts, then the petitioner may file a civil rights action either in state court or in the U.S. District Court for the Southern District of Illinois. This court has no jurisdiction over Pinckneyville officials in the context of this stayed habeas case.

[**Docketing to mail notices.**]

mjm